# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT RESCH,

        Plaintiff,

v.                                                                   Case No:   6:24-cv-192-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 13)** |
| **FILED:** | **May 22, 2024** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

On remand, the Commissioner will take any further action necessary to complete the administrative record and issue a new decision.

Doc. No. 13, at 1.   Plaintiff does not object to the motion.   *Id.*, at 1.

Upon consideration, the undersigned finds the request well taken. *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1.     The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 13) is **GRANTED**.

2.     The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3.     The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy